No. 1953. EL PUEBLO, APELADO, v. SOTO, APELANTE. — Corte de Distrito de San Juan, Distrito Segundo. Resuelto en diciembre 14, 1922. No habiendo el apelante consignado en su alegato un pliego de errores o relación de hechos y no

encontrando que se haya cometido error fundamental alguno, se confirma la sentencia.